| Attorney or Party without Attorney:<br>FRANCIS A. BOTTINI, JR. ESQ., Bar #175783<br>BOTTINI & BOTTINI, INC.<br>7817 IVANHOE AVENUE, STE. 102<br>LA JOLLA, CA 92037<br>Telephone No: 858-914-2001   FAX No: 858-914-2002 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: WELLS FARGO |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | |
| Plaintiff: SETO MARSELIAN; ET AL<br>Defendant: WELLS FARGO; ET AL | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 3:20-CV-03166-HSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON PURSUANT TO CIVIL L.R. 3-15; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ECF REGISTRATION INFORMATION; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.

3. a. Party served:   WELLS FARGO BANK, N.A. C/O CSC LAWYERS
   b. Person served:   KAITLYN MANNIX, AUTHORIZED TO ACCEPT

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 15, 2020 (2) at: 12:35PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL VAN HOOSER
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2015-16
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, May. 15, 2020

(MICHAEL VAN HOOSER)

Judicial Council Form   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL   frbot.123541