| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| FRANCIS A. BOTTINI, JR. ESQ., Bar #175783<br>BOTTINI & BOTTINI, INC.<br>7817 IVANHOE AVENUE, STE. 102<br>LA JOLLA, CA 92037<br>Telephone No: 858-914-2001    FAX No: 858-914-2002<br><br>Attorney for: Plaintiff | |

| Ref. No. or File No.: |
|---|
| WELLS FARGO |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: SETO MARSELIAN; ET AL
Defendant: WELLS FARGO; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:20-CV-03166-HSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON PURSUANT TO CIVIL L.R. 3-15; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ECF REGISTRATION INFORMATION; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.

3. a. Party served:   WELLS FARGO & COMPANY C/O CSC LAWYERS
   b. Person served:  KAITLYN MANNIX, AUTHORIZED TO ACCEPT

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 15, 2020 (2) at: 12:35PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL VAN HOOSER
   b. A & A LEGAL SERVICE, Inc.
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640
   d. The Fee for Service was:
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2015-16
   (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, May. 15, 2020

(MICHAEL VAN HOOSER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

frbot.123540