| | |
|---|---|
| 1 | Brendan P. Cullen (SBN 194057) |
|   | (cullenb@sullcrom.com) |
| 2 | Sverker K. Hogberg (SBN 244640) |
|   | (hogbergs@sullcrom.com) |
| 3 | SULLIVAN & CROMWELL LLP |
|   | 1870 Embarcadero Road |
| 4 | Palo Alto, California 94303 |
|   | Telephone:     (650) 461-5600 |
| 5 | Facsimile:     (650) 461-5700 |
| 6 | David Carlyle Powell |
|   | (dpowell@mcguirewoods.com) |
| 7 | Carolee Anne Hoover |
|   | (choover@mcguirewoods.com) |
| 8 | Jamie Danielle Wells |
|   | (jwells@mcguirewoods.com) |
| 9 | MCGUIREWOODS LLP |
|   | Two Embarcadero Center, Suite 1300 |
| 10 | San Francisco, CA 94111 |
|   | Telephone:     (415) 844-9944 |
| 11 | Facsimile:     (415) 844-9922 |
| 12 | *Counsel for Defendants Wells Fargo & Company* |
|   | *and Wells Fargo Bank, N.A.* |
| 13 | |
|   | [*Additional counsel listed on signature page*] |
| 14 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SETO MARSELIAN, d/b/a BISTRO PAZZO, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-03166-HSG |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | (as modified) |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1-10, inclusive, | The Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

SULLIVAN &
CROMWELL LLP

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND
STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.4:20-CV-03166-HSG

WHEREAS, on May 8, 2020, Seto Marselian d/b/a Bistro Pazzo ("Plaintiff") filed the instant action against Wells Fargo & Company and Wells Fargo Bank, N.A. (together, Defendants);

WHEREAS, on or about May 15, 2020, Defendants were served with a summons and complaint;

WHEREAS, on June 3, 2020, the parties filed a Stipulation Extending Time to Respond to Complaint pursuant to Local Rule 6-1(a), which extended Defendants' time to respond to the complaint in this action to August 4, 2020;

WHEREAS, the Initial Case Management Conference in this action is currently set for August 18, 2020 at 2:00 p.m.;

WHEREAS, on June 9, 2020, a Motion for Transfer of Actions to the Southern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceeding (the "MDL Transfer Motion") was filed with the Judicial Panel on Multidistrict Litigation ("JPML"), seeking to transfer this Action and several other cases to the Southern District of Texas for coordinated or consolidated proceedings in a multidistrict litigation entitled *In re Wells Fargo Paycheck Protection Plan Litigation*, MDL No. 2954;

WHEREAS, the JPML is scheduled to hold a hearing on the MDL Transfer Motion on July 30, 2020;

WHEREAS, Plaintiff has agreed to further extend the time for Defendants to answer or respond to the complaint in this action by 45 days;

WHEREAS, pursuant to Local Rule 6-1(a), the extension of time for Defendants to answer or respond to the complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, under Fed. R. Civ. P. 6(b)(1)(A) and Civil Local Rule 6-1(b), Plaintiff and Defendants request that, subject to the Court's availability, the Court continue the August 18, 2020 Initial Case Management Conference to a date and time in October 2020 to be set by the Court.  As set forth in the accompanying Declaration of Brendan P. Cullen, good cause exists for the Court to continue the Initial Case Management Conference because an extension will promote judicial economy and

SULLIVAN & CROMWELL LLP

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND
STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.4:20-CV-03166-HSG

conserve the resources of the parties and the Court during the pendency of the MDL Transfer Motion in *In re Wells Fargo Paycheck Protection Plan Litigation* in the JPML.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1. Defendants shall have until September 18, 2020 to answer or respond to the complaint.

2. Plaintiff and Defendants request that the Court continue the Initial Case Management Conference, along with all related deadlines, to a date in October 2020 to be set by the Court.

DATED: July 24, 2020

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

David Carlyle Powell
(dpowell@mcguirewoods.com)
Carolee Anne Hoover
(choover@mcguirewoods.com)
Jamie Danielle Wells
(jwells@mcguirewoods.com)
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 844-9944
Facsimile:    (415) 844-9922

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

DATED: July 24, 2020

*/s/ Albert Y. Chang*
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
ykolesnikov@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

*Counsel for Plaintiff*

-2-

SULLIVAN & CROMWELL LLP

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND
STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.4:20-CV-03166-HSG

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The August 18, 2020 initial case management is continued to October 27, 2020 at 2:00 p.m. A joint case management statement is due October 20th.

Dated: 7/27/2020

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND
STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.4:20-CV-03166-HSG

SULLIVAN & CROMWELL LLP