BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
  achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SETO MARSELIAN, d/b/a BISTRO PAZZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 4:20-cv-3166-HSG<br><br>**Stipulation and Order to Extend Briefing Schedule on Defendants' Motion to Compel Arbitration and to Dismiss the Complaint**<br><br>The Honorable Haywood S. Gilliam, Jr. |

WHEREAS, plaintiff Seto Marselian, d/b/a Bistro Pazzo ("Plaintiff") commenced this action against defendants Wells Fargo & Company, Wells Fargo Bank, N.A, and Does 1–10 ("Defendants") on May 2, 2020;

WHEREAS, the deadline for Defendants to respond to the Complaint was extended by the parties' stipulation to September 18, 2020;

WHEREAS, Defendants moved to compel arbitration and to dismiss the complaint on September 18, 2020;

WHEREAS, under Civil Local Rules 7-3(a) and 7-3(c), Plaintiff's opposition to Defendants' motion is currently due October 2, 2020, and Defendants' reply is currently due October 9, 2020;

WHEREAS, the parties have agreed to extend the deadlines provided under the Civil Local Rules, to accommodate counsel's schedule and to account for the remote working conditions caused by the COVID-19 pandemic;

WHEREAS, Defendants agree that Plaintiff may have 28 additional days to respond to Defendants' motion;

WHEREAS, Plaintiff agrees that Defendants may have 14 additional days to file their reply;

WHEREAS, the parties have previously stipulated to extend Defendants' deadline to respond to the complaint, but have not requested any previous extensions of this briefing schedule or any previous extensions requiring a court order;

WHEREAS, this extension will not affect the noticed hearing date for Defendants' motion of December 10, 2020;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties stipulate to extend the briefing schedule on Defendants' motion to compel arbitration and to dismiss the complaint as follows:

- Plaintiff's opposition to Defendants' motion shall be due October 30, 2020.
- Defendants' reply brief shall be due November 20, 2020.

1
Stipulation and Order to Extend Briefing Schedule

| | |
|---|---|
| Dated: October 1, 2020 | BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr. (SBN 175783)<br>Albert Y. Chang (SBN 296065)<br>Yury A. Kolesnikov (SBN 271173)<br><br>          s/ Albert Y. Chang*<br>            Albert Y. Chang<br><br>fbottini@bottinilaw.com<br>achang@bottinilaw.com<br>ykolesnikov@bottinilaw.com<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Telephone:  (858) 914-2001<br>Facsimile:    (858) 914-2002<br><br>*Counsel for Plaintiff* |
| Dated: October 1, 2020 | SULLIVAN & CROMWELL LLP<br>Brendan P. Cullen (SBN 194057)<br>Sverker K. Hogberg (SBN 244640)<br><br>          s/ Sverker K. Hogberg<br>           Sverker K. Hogberg<br><br>cullenb@sullcrom.com<br>hogbergs@sullcrom.com<br>1870 Embarcadero Road<br>Palo Alto, California 94303-3308<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>MCGUIREWOODS<br>David C. Powell (SBN 129781)<br>Carolee Hoover (SBN 282018)<br>Jamie D. Wells (SBN 290827)<br>dpowell@mcguirewoods.com<br>choover@mcguirewoods.com<br>jwells@mcguirewoods.com<br>Two Embarcadero Center, Suite 1300<br>San Francisco, California 94111<br>Telephone: (415) 844-1970<br>Facsimile: (415) 844-1912<br><br>*Counsel for Defendants Wells Fargo &*<br>*Company and Wells Fargo Bank, N.A.* |

2
Stipulation and Order to Extend Briefing Schedule

*I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a conformed (s/) signature within this e-filed document.

\* \* \*

# O R D E R

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/2/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE